UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| HOSEA WILLIAMS, JR., <br><br> Plaintiff, <br><br> v. <br><br> ANN ARBOR PUBLIC SCHOOLS, <br><br> Defendant. | Case No. 25-cv-12489 <br><br> Honorable Robert J. White |

**ORDER DENYING PLAINTIFF'S MOTION TO AMEND THE DOCKET TEXT**

This case involves *pro se* Plaintiff Hosea Williams, Jr.'s claims against Defendant Ann Arbor Public Schools for employment discrimination. (ECF No. 6). On November 14, 2025, the Court (1) granted Defendant's motion to set aside a Clerk's entry of default, (2) denied Plaintiff's motions (a) to deny and strike Defendant's motion and (b) for a default judgment, and (3) ordered Defendant to answer or otherwise respond to Plaintiff's amended complaint by December 8, 2025. (ECF No. 21). Plaintiff moved to dismiss on the responsive deadline. (ECF No. 22).

Before the Court is Plaintiff's motion to amend the docket text of the Court's order under Fed. R. Civ. P. 60(a), specifically to include the ordered responsive deadline in the docket text. (ECF No. 25). Rule 60(a) permits the Court to "correct

a clerical mistake or a mistake arising from oversight or omission whenever one is found in a judgment, order, or other part of the record." But Plaintiff has not identified any mistake in the record or the Court's order in need of correction. Rather, he merely claims that the docket text should include the important detail from the Court's order that Defendant had to respond by the stated deadline. Importantly, the text of a docket entry is administrative in nature and does not affect the merits or outcome of a proceeding, and the entry at issue accurately reflects the Court's decision on each motion then at issue. Further, as Plaintiff recognizes, he does not seek to change or undermine the relevant order's substance, and Defendant already complied with the directive that Plaintiff wants included in the docket text.

Under these circumstances, the Court concludes that Plaintiff's proposed amendment is neither warranted nor necessary. Accordingly, the Court ORDERS that Plaintiff's motion (ECF No. 25) is DENIED.

Dated: January 9, 2026 s/Robert J. White
Robert J. White
United States District Judge

2