UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HOSEA WILLIAMS, JR.,

Plaintiff,

v.

ANN ARBOR PUBLIC SCHOOLS,

Defendant.

Case No. 25-cv-12489

Honorable Robert J. White
Magistrate Judge Curtis Ivy, Jr.

**ORDER (1) ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION, (2) DENYING PLAINTIFF'S MOTION (ECF NO. 45), AND (3) DENYING DEFENDANT'S MOTION (ECF NO. 48)**

Before the Court is Magistrate Judge Curtis Ivy, Jr.'s report and recommendation entered on September 22, 2026. (ECF No. 58). The magistrate judge specifically recommended that the Court (1) deny Plaintiff's motion to stay eviction and for entry of judgments (ECF No. 45), and (2) deny as moot Defendant's motion for leave to respond to Plaintiff's motion (ECF No. 48). (ECF No. 58). Neither party timely objected to the report and recommendation pursuant to Fed. R. Civ. P. 72(b)(2).

The Court had an opportunity to fully review the matter and believes that the magistrate judge reached the correct conclusions for the appropriate reasons. Accordingly,

IT IS ORDERED that the magistrate judge's report and recommendation (ECF No. 58) is hereby accepted and adopted.

IT IS FURTHER ORDERED that Plaintiff's motion (ECF No. 45) is DENIED.

IT IS FURTHER ORDERED that Defendant's motion (ECF No. 48) is DENIED as moot.

Dated: October 13, 2026

s/Robert J. White
Robert J. White
United States District Judge